# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VICTOR HOLMES,

    Petitioner,

vs.

DIRECTOR NEVADA DEPARTMENT OF CORRECTIONS, et al.,

    Respondents.

Case No. 2:15-cv-01445-JAD-NJK

**ORDER**

    Petitioner is an inmate in the custody of the Nevada Department of Corrections. He has submitted an application to proceed in forma pauperis (#1) and a petition for a writ of habeas corpus. He did not include with his application (#1) a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

    IT IS THEREFORE ORDERED that **the application to proceed in forma pauperis (#1) is DENIED** without prejudice.

    IT IS FURTHER ORDERED that petitioner has until August 31, 2015, to either (1) file another application for leave to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account or (2) make the necessary arrangements to pay the filing fee of $5.00, accompanied by a copy of this order. Failure to comply with this order will result in the dismissal of this action. The clerk of the court shall send petitioner a blank application form for incarcerated litigants to assist him with this task.

    DATED July 30, 2015

                                              JENNIFER A. DORSEY
                                              United States District Judge